UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-1554
_____

FRANCIS RIVARD, Individually and on behalf of all others similarly situated,
Appellant

v.

TRIP MATE, INC.; UNITED STATES FIRE INSURANCE COMPANY
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-21-cv-01625)
District Judge:  Honorable Joseph H. Rodriguez
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 9, 2023
_____

Before:  CHAGARES, Chief Judge, SCIRICA and SMITH, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was submitted on February 9, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on February 28, 2022, is hereby AFFIRMED.  Costs to be taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: March 24, 2023

**Certified as a true copy and issued in lieu of a formal mandate on**   04/17/2023

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**